IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDALL WAYNE MCNULTY,

     Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                          Case No. 13-cv-732-wmc

WISCONSIN DEP'T OF PUBLIC SAFETY,

     Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Randall Wayne McNulty leave to proceed and dismissing this case for failure to state a claim upon which relief can be granted.

| /s/ | 2/28/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |