IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDALL WAYNE MCNULTY,

            Plaintiff,

v.

WISCONSIN DEP'T OF PUBLIC SAFETY,

           Defendant.

ORDER

13-cv-732-wmc

---

Plaintiff Randall Wayne McNulty filed a complaint asking the court to compel the Wisconsin Department of Public Safety to provide him with an accident report pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and state law governing open records. On February 28, 2014, the court dismissed this action for failure to state a claim upon which relief may be granted. McNulty has now filed a motion to "stay" proceedings pursuant to Fed. R. Civ. P. 6(b)(1)(A)-(B). Because this case is now closed, McNulty does not demonstrate that this rule, which governs extensions of time, applies. To the extent that he intends to seek relief from the judgment under Fed. R. Civ. P. 59(e), the deadline for seeking such relief is not one which can be extended. *See* Fed. R. Civ. P. 6(b)(2). Accordingly, the motion must be denied.

ORDER

IT IS ORDERED that plaintiff Randall Wayne McNulty's motion to stay proceedings (Dkt. # 13) is DENIED.

Entered this 25th day of March, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge